IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER CRAIG, | § | |
| | § | |
| Defendant Below, | § | No. 357, 2025 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1206022379 (N) |
| | § | |
| Appellee. | § | |
| | § | |

Submitted: October 28, 2025
Decided: December 22, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## ORDER

After careful consideration of the appellant's opening brief, the appellee's motion to affirm, and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Superior Court's order, dated August 25, 2025, adopting the Commissioner's report and recommendation, dated July 31, 2025, and summarily dismissing the appellant's second motion for postconviction relief under Superior Court Criminal Rule 61.

NOW, THEREFORE, IT IS ORDERED that motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice